RICHARD H. NAPPI, Appellant, and HAROLD F. VERONA et al., Plaintiffs, *v.* FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Respondents.

Argued November 26, 1945; decided December 6, 1945.

*Fred E. Hertan* and *I. Robert Bassin* for appellant.

*Thomas F. Kiely* and *Richard C. Murphy* for Association of Old Forest Hills, Inc., *amicus curiæ,* in support of appellant's position.

*Ignatius M. Wilkinson, Corporation Counsel (William S. Lebwohl* of counsel), for City Planning Commission and others, respondents.

*Paul W. McQuillen* and *Howard T. Milman* for Sylvania Electric Products, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER and MEDALIE, JJ.